UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 02-14012-CR-GRAHAM
           02-14051-CR-GRAHAM*

UNITED STATES OF AMERICA

       Plaintiff,

vs.

PHILLIP MORRIS HERRIN,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on September 2, 2014.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing was held on March 16, 2015 and a Report and Recommendation was filed on March 16, 2015 recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of March, 2015.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


Copied: Fletcher Peacock, AFPD
        Diana Acosta, AUSA
        Rita Ramos, USPO